FILED'18 SEP 14 16:26USDC-ORM

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**JUDITH R. HARPER, OSB #903260**
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone: (541) 776-3564
Attorneys for United States of America

.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:18-mj-00202-CL |
| v. | **MOTION TO UNSEAL REDACTED CRIMINAL COMPLAINT** |
| **GREGORY LEE RODVELT,** | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Judith R. Harper, Assistant United States Attorneys, moves the Court for an order unsealing a redacted copy of the Criminal Complaint in this matter as attached hereto because the defendant named in the Complaint has been arrested.

\\\\

\\\\

**Motion to Unseal Criminal Complaint**　　　　　　　　　　　　　　　　　　　　　　　　**Page 1**
Revised March 2018

Dated this __14__ day of September 2018.

                                                Respectfully submitted,

                                                BILLY J. WILLIAMS
                                                United States Attorney

FOR:   /s/ Byron Chatfield

        **JUDITH R. HARPER, OSB #903260**
        Assistant United States Attorney