UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

GREGORY LEE RODVELT,

Defendant.

1:18-mj-00202-CL

ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT

Based upon the motion of the United States,

IT IS HEREBY ORDERED that the Criminal Complaint and supporting Affidavit in the above captioned matter are hereby UNSEALED as REDACTED.

Dated this 17 day of September 2018.

_____
MARK D. CLARKE
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

_____
For: JUDITH R. HARPER, OSB #903260
Assistant United States Attorney

Order to Unseal Criminal Complaint

Page 1
Revised March 2018