FILED 18 SEP 14 9 56USDC-ORM

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## District of Oregon

| United States of America | ) | REDACTED |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:18-mj- 00202-CL |
| Gregory Lee Rodvelt | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 7, 2018_____ in the county of _____Josephine_____ in the _____ District of _____Oregon_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 111(a) and (b) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

Please see attached affidavit of FBI Special Agent Jeffrey Gray.

☑ Continued on the attached sheet.

*Complainant's signature*

JEFFREY M. GRAY, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/10/18

*Judge's signature*

City and state: _____Medford, Oregon_____  MARK D. CLARKE, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss: AFFIDAVIT OF JEFFREY M. GRAY

**Affidavit in Support of a Criminal Complaint**

I, Jeffrey M. Gray, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since April 21, 1991. I am assigned to the Medford Resident Agency of the FBI. My responsibilities include conducting investigations pertaining to assaults on federal agents and investigations pertaining to the unlawful possession of explosives and improvised explosives devices. My training and experience includes attending the FBI Academy at Quantico, Virginia. I have attended numerous other training sessions concerning criminal investigations and I have conducted investigations and executed search warrants involving the possession of explosives and destructive devices.

2. I submit this affidavit in support of a criminal complaint and arrest warrant charging Gregory Lee Rodvelt, date of birth XX/XX/1951, in violation of Title 18, United States Code, Sections 111(a) and (b), Assaulting a Federal Officer. As set forth below, there is probable cause to believe, and I do believe, that Gregory Lee Rodvelt committed Assault on a Federal Officer, in violation of 18 U.S.C. §§ 111(a) and (b).

**Applicable Law**

3. Title 18, United States Code, Section 111(a), provides that it is unlawful to forcibly assault any person designated in section 1114 while that person is engaged in the performance of his official duties. Title 18, United States Code, Section 1114 provides that it is unlawful to kill or attempt to kill any officer of the United States.

## Statement of Probable Cause

4. The property of 1000 Dreamhill Drive, Williams, Oregon was recently owned/ occupied by Gregory Lee Rodvelt until August 22, 2018, when Josephine County Circuit Judge Robert S. Bain signed an order (Josephine County Civil Case 16CV13666) appointing Attorney Joseph Charter as the receiver of the property and authorizing Charter to take possession of the property, clean the property and ultimately sell the property.

5. On September 7, 2018, at about 9:00am, Oregon State Police (OSP) Bomb Technicians ███████████, ███████████ and ███████ and FBI Bomb Special Agent ███████████ arrived at the property of 1000 Dreamhill Drive, Williams, Oregon. Law enforcement personnel were acting at the request of Joseph Charter.

6. Charter enlisted the assistance of the OSP and FBI Bomb Technicians to make the property safe because in April of 2017, Rodvelt was arrested in Arizona and charged with unlawful possession of explosives. However, on August 16, 2018, Rodvelt was released from custody in Arizona to attend to the aforementioned civil matter in Josephine County. After being appointed receiver of the property, Charter learned from neighbors that Rodvelt had recently been to the property. Moreover, on August 29, 2018, when Charter arrived at the property he noted a sign warning that the property was protected by improvised devices.

7. When the OSP and FBI Bomb Technicians arrived at the property, they noted a mini van parked in a manner as to prevent vehicles from driving past the front gate. The technicians discovered that the minivan was rigged with two booby traps. The booby traps utilized steel traps with steel teeth commonly used to trap wild animals. No explosives were incorporated with the traps. The technicians rendered the traps safe and continued to approach

the residence. As they neared the gate closest to the residence, they noted a circular hot tub spa near the gate. The spa was sitting on edge. Upon closer examination, the technicians discovered that the spa was rigged in such a manner that when the gate was opened it would activate a mechanical trigger that would cause the spa to roll towards the person at the gate much like a scene from the movie "Indian Jones – Raiders of the Lost Ark" in which actor Harrison Ford is forced to outrun a giant stone boulder that he inadvertently triggered by a booby trap switch.

8. OSP Bomb Technicians ▓▓▓ and ▓▓▓ concentrated on the exterior garage while OSP Technician ▓▓▓ and FBI Bomb SA ▓▓▓ concentrated on the exterior of the residence. Located within the garage and next to one of the overhead garage doors was a wood rat trap. The trap was altered to accommodate a shotgun shot shell. The trap was not set, but it was situated in such a manner that had it been set when the garage door was lifted the trap would be tripped. The bar of the trap would fall on the shot shell primer with the apparent intended results being the discharge of the shotshell. No other items of note were discovered within the garage.

9. OSP Bomb Technician ▓▓▓ and FBI Bomb SA ▓▓▓ checked out the perimeter of the residence and discovered all of the windows were barred from within and that the rear door was secured by a heavy-duty security door that opened inward. OSP ▓▓▓ and FBI Bomb SA ▓▓▓ went to the front of the residence and cleared the front deck area.

10. All four personnel gathered at the front door. Based upon the presence of the aforementioned booby traps they decided to employ the use of an explosive charge to breach the front door of the residence. The breaching was successful. Once entry was gained, the

**Page 3 – Affidavit of Jeffrey Gray**                           **USAO Version Rev. April 2017**

technicians immediately noted a length of monofilament (the other booby traps utilized monofilament line) behind the door in between the door and the door jam. They could not immediately see where the filament terminated. FBI Bomb SA ▇▇▇ and OSP Bomb Tech ▇▇▇ made limited entry into the residence with OSP Bomb Technician ▇▇▇ right behind. OSP Bomb Technician ▇▇▇ was standing in the threshold of the door. A wheelchair was immediately in front of the bomb techs. The wheelchair was moved forward (unknown at this time by whom) at which time an explosion occurred. OSP Bomb Technician ▇▇▇ described the explosion as very loud and caused him to become disoriented. FBI Bomb SA ▇▇▇ is believed to have said "I'm hit!" ▇▇▇ remained standing but a significant amount of blood was observed coming from ▇▇▇ leg. All personnel retreated from the residence to a safe distance. First aid was administered to ▇▇▇ and he was transported to Three Rivers Hospital in Grants Pass, Oregon. An X-ray showed an unknown foreign object imbedded in ▇▇▇ left leg slightly below the knee. The unknown object appeared to be shaped like a small pellet. ▇▇▇ has since been treated and released from the hospital.

    11. I searched the National Criminal Information Center (NCIC) and the Oregon Department of Motor vehicles regarding Gregory Lee Rodvelt, date of birth XX/XX/1951. A review of Rodvelt's criminal history determined that he has several arrests but no felony convictions. The arrests include charges such as DUI, Domestic Abuse and Dangerous Drugs. The criminal history shows that Rodvelt has an 11/07/2000 criminal misdemeanor conviction for domestic violence. The criminal history also shows that he was arrested on April 5, 2017 for aggravated assault –deadly weapon in Maricopa, Arizona. I believe that this arrest is related to the aforementioned arrest involving explosives. According to the Oregon Department of Motor

Page 4 – Affidavit of Jeffrey Gray                                USAO Version Rev. April 2017

Vehicles, on October 2, 2017, Rodvelt was issued Oregon driver's license number 5864988. The address appearing on the license is 1000 Dreamhill Drive, Williams, Oregon 97544.

12. On September 7, 2018 at about 9:20pm, Rodvelt was contacted by FBI Special Agent ▮▮▮▮▮▮▮ as Rodvelt was exiting the Albertson's Grocery Store in Surpirse, Arizona. Rodvelt was told he was being interviewed regarding his property in Oregon. During the interview, Rodvelt stated that he set up fishing line and a tripwire across the property gate that went to a round hot tub that was on its side set to roll down the hill and hit whoever comes through the gate. Rodvelt described it by referencing the "stone rolling down in the Indiana Jones Movie." Rodvelt also talked of other tripwires on the property and a spike strip made of nails and wood which was designed to flatten tires. Rodvelt did not provide additional specifics about the tripwires. The interview was concluded and Rodvelt departed.

13. On September 8, 2018, after being taken into custody on a state arrest warrant, Rodvelt was advised of his Miranda Rights. Thereafter, Rodvelt was again asked to identify any threats (to agents executing a search warrant at the property). Rodvelt responded "I would not race right in." Rodvelt asked that law enforcement wait 24 hours and said that he should call someone. When asked for the name of the entity, Rodvelt declined saying "I don't want to get anyone else involved."

14. On September 8, 2018, a search warrant signed by US Magistrate Judge Mark D. Clarke was executed at Rodvelt's residence at 1000 Dreamhill Drive, Williams, Oregon. Among the items of evidence seized pursuant to the search warrant was a device manufactured from a rat trap, a piece of wood and a piece of pipe. An expended .410 shotgun shell casing was also recovered. I believe that this device was used to fire the .410 shotgun shell that injured FBI

Page 5 – Affidavit of Jeffrey Gray                                    USAO Version Rev. April 2017

Special Agent ▓▓▓▓. The aforementioned wheelchair was also seized. Examination of the wheelchair resulted in locating what appears to be damage caused by numerous .410 shotgun shell pellets.

### Conclusion

15. Based on the foregoing, I have probable cause to believe, and I do believe, that Gregory Lee Rodvelt, committed assault of a federal officer, in violation of Title 18, United States Code, Section 111(a) and (b).

16. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Judith Harper, and AUSA Harper advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

JEFFREY N. GRAY
Special Agent, FBI

Subscribed and sworn to before me this __10__ day of September 2018.

MARK D. CLARKE
United States Magistrate Judge